DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KHULLAR, P.A.,**
Appellant,

v.

**CINDY A. GOLDSTEIN, P.A.,**
Appellee.

No. 4D21-3253

[December 15, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John D. Fry, Judge; L.T. Case No. 21-2226 CONO.

Divya Khullar of Khullar Law, PLLC, Tamarac, for appellant.

Cindy A. Goldstein of Cindy A. Goldstein, P.A., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and ARTAU, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***